FILED

2024 Feb-27  PM 08:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**ROBERT P. FOWLER**,

    *Plaintiff and Counterclaim*
    *Defendant*,

**v.**

                                                   Civil Action No. 2:23-cv-01180
                                                 Jury Trial Requested

**JUSTICE FAMILY GROUP, LLC**;
**BLUESTONE RESOURCES, INC.**; and
**SOUTHERN COAL CORPORATION**,

    *Defendants and Counterclaim*
    *Plaintiffs*,

                — and —

**GREENBRIER HOTEL CORP.**;  and
**JAMES C. JUSTICE, III**,

    *Defendants.*

### AMENDED COUNTERCLAIM BY DEFENDANTS JUSTICE FAMILY GROUP, LLC, BLUESTONE RESOURCES, INC., AND SOUTHERN COAL CORPORATION AGAINST PLAINTIFF ROBERT P. FOWLER

Defendants Justice Family Group, LLC, Bluestone Resources, Inc., and Southern Coal Corporation (collectively hereinafter, "Counterclaim Plaintiffs"), by and through counsel, state the following Counterclaim against Plaintiff Robert F. Fowler:

### *Parties, Jurisdiction, and Venue*

1. Justice Family Group, LLC, is a Delaware limited liability company with its principal place of business in White Sulphur Springs, West Virginia.

2. Bluestone Resources, Inc., is a Delaware corporation with its headquarters located in Roanoke, Virginia.

3. Southern Coal Corporation is a Delaware corporation with its headquarters located in Roanoke, Virginia.

4. Fowler is a citizen of Alabama, according to his Complaint. Therein, Fowler maintained that subject matter jurisdiction, personal jurisdiction, and venue are proper in this Court. Insofar as Fowler has so alleged, the Counterclaim is appropriate in this forum and Fowler is estopped from denying the same.

### *Facts*

5. On or about November 16, 2021, Counterclaim Plaintiffs and Fowler (hereinafter sometimes "Executive") entered into an Executive Employment Agreement (the "Agreement").

6. In accordance with Section 5(a) of the Agreement, Fowler received a sign-on bonus.

7. Effective June 3, 2023, Fowler resigned his employment without "Good Reason," as that term is defined in the Agreement.

8.    At all times from the effective date of the Agreement through Fowler's resignation, Counterclaim Plaintiffs performed each and every material obligation imposed on them pursuant to the Agreement.

9.    Under Section 5(a) of the Agreement, "If Executive leaves prior to the end of the Term, Executive Agrees to repay sign-on bonus based on the following schedule: 100% repayment ($340,000) if within one year of the Effective Date, 66% repayment ($224,400) if within 2 years of the Effective Date, and 33% repayment ($112,200) if within 3 years of the Effective Date."

10.    Fowler's resignation was within 2 years of the Effective Date, meaning 66% of the sign-on bonus, or $224,400, must be returned to Counterclaim Plaintiffs.

11.    Fowler has not repaid the portion of the sign-on bonus owed to Counterclaim Plaintiffs.

## COUNT I — BREACH OF CONTRACT

12.    Paragraphs 1 through 11 above are incorporated by reference as if set forth in full herein.

13.    Counterclaim Plaintiffs and Fowler entered into a valid contract, that is, the Agreement alleged in Paragraph 5 above.

14.    Counterclaim Plaintiffs fully performed under the Agreement, in material conformance therewith.

3

15.     Fowler, however, breached the Agreement by, *inter alia*, failing to repay the sign-on bonus as he was contractually obligated to do.

16.     As a direct, foreseeable, and proximate result of Fowler's breach, Counterclaim Plaintiffs suffered damages by not being repaid the sign-on bonus.

WHEREFORE, Counterclaim Plaintiffs respectfully ask the Court to award the damages set forth in this Counterclaim, together with granting Counterclaim Plaintiffs any and all other relief deemed just and appropriate, including without limitation attorney fees, costs, and pre- and post-judgment interest on the amount of damages awarded.

DATED:     February 27, 2024

JUSTICE FAMILY GROUP, LLC
BLUESTONE RESOURCES, INC.
SOUTHERN COAL CORPORATION

By Counsel:

*/s/ James V. Seal*
James Vercell Seal (SEA034)
3500 35th Avenue North
Birmingham, AL  35207
Telephone:  (540) 759-2621
james.seal@bluestone-coal.com
**Counsel for Counterclaim Plaintiffs**

4

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on February 27, 2024, the foregoing *Amended Counterclaim by Defendants Justice Family Group, LLC, Bluestone Resources, Inc., and Southern Coal Corporation Against Plaintiff Robert P. Fowler* was served upon counsel of record electronically.

*/s/ James V. Seal*
James V. Seal (SEA034)
Counsel for Counterclaim Plaintiffs