FILED
2025 Jul-09 PM 08:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ROBERT P. FOWLER,**<br><br>*Plaintiff and Counterclaim Defendant,*<br><br>v.<br><br>**JUSTICE FAMILY GROUP, LLC; BLUESTONE RESOURCES, INC.; and SOUTHERN COAL CORPORATION,**<br><br>*Defendants and Counterclaim Plaintiffs,*<br><br>— and —<br>**GREENBRIER HOTEL CORP.; and JAMES C. JUSTICE, III,**<br><br>*Defendants.* | ) | Civil Action No. 2:23-cv-01180-GMB<br><br>Jury Trial Requested |

**PLAINTIFF'S EVIDENTIARY SUBMISSION IN OPPOSITION TO DEFENDANTS' AND COUNTERCLAIM PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

COMES NOW, the Plaintiff, and submits the following evidentiary materials in support of Plaintiff's Opposition to Defendants' and Counterclaim Plaintiffs' Motion for Summary Judgment (Doc. 63):

| <u>**Exhibit**</u> | <u>**Description**</u> |
|---|---|
| PX-1 | Steve Ball deposition transcript taken on February 5, 2025; |
| PX-2 | Fowler 2023 W-2 from Greenbrier; |

PX-3 Defendants' Answers to Plaintiff's Requests for Admission;

PX-4 Don Wiggins deposition transcript taken on February 11, 2025;

PX-5 Declaration of Defendants' 30(b)(6) representative Stephen Ball in *Essar Steel Algoma, Inc. v. Nevada Holdings, Inc*. 1:17-mc00360-AT (S.D.N.Y. 2017)(Doc. 207-1);

PX-6 Letter dated September 26, 2022 from Steven Ruby to Judge Analisa Torres in *Essar Steel Algoma, Inc. v. Nevada Holdings, Inc*. 1:17-mc00360-AT (S.D.N.Y. 2017);

PX-7 Depo. Transcript of Jay Justice dated May 17, 2022 in *New London Tobacco Mkt., Inc. v. Ky. Fuel Corp*., 6:12-cv-00091-GFVT-HAI (E.D. KY. 2012) (Doc. 638-2);

PX-8 Text message excerpt between Rob Fowler and Jay Justice dated October 20, 2021 (Bates Fowler 97619);

PX-9 Fowler handwritten notes dated September 9, 2021 (Bates Fowler 97641-97643).

Respectfully submitted,

*/s/ Rocco Calamusa, Jr.*
Rocco Calamusa, Jr.
D.G. Pantazis, Jr.
Wiggins, Childs, Pantazis,
Fisher & Goldfarb, LLC
The Kress Building
301 – 19th Street North
Birmingham, AL 35203
Telephone: (205) 314-0500
rcalamusa@wigginschilds.com
dgpjr@wigginschilds.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 9th day of July, a true and correct copy of the foregoing has been filed with the Court's CM/ECF Filing system, and served upon the following counsel of record:

James Vercell Seal
3500 35th Avenue North
Birmingham, AL 35207

Raymond S. Franks, II
Steven R. Ruby
CAREY, DOUGLAS, KESSLER & RUBY, PLLC
707 Virginia Street, #901
Charleston, WV 25301

*/s/ Rocco Calamusa, Jr.*
OF COUNSEL