FILED
2025 Jul-09 PM 08:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

Messages - Jay Justice

PLAINTIFF'S EXHIBIT
8

10/20/2021 7:39:59 AM

Jay, once you are okay with the agreement and execute it, can you get your folks to set me up with a company email? Thanks.

Rob. The Bluestone Coke debacle continues as it relates to JCDH and the economic impact of Spire Gas jacking the cost up making it impossible to make $ at the Coke plant. We may end up having to close the plant - this has no impact on our deal with Rob and no impact on the need for Rob or the stability for Rob at Justice Co- I'd like to u talk about the plant and get your take on some of the hurdles this morning. I'll get the Agreement back also. They will get you an email set up also.

Understood. I have a meeting from 8:30 until around 11:30. It may be early afternoon. Also, i can set up a meeting with Alan Truitt ASAP to get caught up on the JCDH and lawsuit. Talk soon.