FILED
2025 Jul-09 PM 08:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

PLAINTIFF'S EXHIBIT
9

B&B
BALCH & BINGHAM LLP
www.balch.com Alabama • Georgia • Mississippi • Washington, D.C. 800-762-2426

Jay Justice & [illegible] - Roanoke - Bluestone - Sept 24, 2024
- Global Justice Env. program
- JJ looking for "game changer"
- Many Env. issues - We need someone to come in and fix.
- Coal, Bluestone Coke; Agriculture - Green Br.
- run, oversee, Env. Compliance & get back on track. Ala, Ky, W.V. VA. Tenn.

-

Finances - ?? "Good shape"
- Greensill - will work through
- will survive Bluestone Coke - issues w/ AACD, Ala Gas/Spire

x "Ask about DB Billionaire" ↳ Don't know our finances - We are absolutely good.

-

What would it take?
- NODES - software
- 10-12 people
- we can discuss who to keep from corporate
- Office in Birmingham
- Need 1-2 assists, paralegal - attorney - engineers -

Depends on #s in each state

- Reputation is bad - JJ acknowledged - Wants me to fix - Ladon James - cool
You can help w/ OSM, EPA, states -
- Need to be serious about investing in env. compliance - "Rob you will run the show - everything."

B&B

BALCH & BINGHAM LLP

www.balch.com Alabama • Georgia • Mississippi • Washington, D.C. 800-762-2426

Whoever ran it would need to be able to make decisions - they are on the hook -- You would have autonomy - work together to make happen.

- Member of Team w/ J.J., Bill, - even non-env. matters - safety, Acquis., report to JJ
- oversee outside counsel - (Pruitt, Balch, etc)
-

Still owe

- Happy at Balch - 10-15 years - secure
- Probably not willing to ask me what it would take -- #6 now -
- 7.5 or 8.
- stay in Bham
-
- work - So Coal appeal
  - KY
  - Esso w/ OSM + DOJ
  - Alabama Mining / K. Long
  - TN - Amendment Agreements -

Need to know I had the power to do necessary work - never had worry at Balch -

Excited - TALK - I'll Email JJ w/ thoughts & questions - Anna will be Excited

BALCH & BINGHAM LLP
www.balch.com
Alabama • Georgia • Mississippi • Washington, D.C.
800-762-2426

Call Jim Hulley – Re: Reputation / Pay Bills;
– start Jan 1, 2022 b/c ~~[illegible]~~ payout at Balch