FILED
2026 Apr-13 PM 04:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ROBERT P. FOWLER,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**JUSTICE FAMILY GROUP, LLC, et al.,**<br><br>***Defendants.*** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Action No. 2:23-cv-01180-GMB** |

## PLAINTIFF'S WITNESS LIST FOR TRIAL

COMES NOW, the Plaintiff, and pursuant to the Court's Pretrial Order (Doc. 85) submits the following list of witnesses to be used in the trial of this matter:

1. Robert Fowler
   c/o Rocco Calamusa, Jr.
   D.G. Pantazis, Jr.
   Kevin W. Jent
   Wiggins, Childs, Pantazis, Fisher & Goldfarb, LLC
   The Kress Building
   301 – 19th Street North
   Birmingham, AL 35203
   Telephone: (205) 314-0500

2. James C. Justice, III
   c/o Raymond S. Franks, II
   Steven R. Ruby
   CAREY DOUGLAS KESSLER & RUBY PLLC
   901 Chase Tower
   707 Virginia Street, East
   Charleston, WV 25301
   Telephone: (304) 345-1234

3. Stephen Ball
   c/o Raymond S. Franks, II
   Steven R. Ruby
   CAREY DOUGLAS KESSLER & RUBY PLLC
   901 Chase Tower
   707 Virginia Street, East
   Charleston, WV 25301
   Telephone: (304) 345-1234

4. Don Wiggins
   [redacted]
   Hoover, AL 34244

5. Polly Hanson
   [redacted]
   Moneta, VA 24121
   Telephone: [redacted]

6. Steven R. Ruby
   CAREY DOUGLAS KESSLER & RUBY PLLC
   901 Chase Tower
   707 Virginia Street, East
   Charleston, WV 25301
   Telephone: (304) 345-1234

7. FRCP 30(b)(6) corporate representative for Justice Family Group, LLC

8. FRCP 30(b)(6) corporate representative for Bluestone Resources

9. FRCP 30(b)(6) corporate representative for Southern Coal Corp

Please see attached "Exhibit A" for witnesses to be offered through prior testimony.

Respectfully submitted

*/s/ Rocco Calamusa, Jr.*

Rocco Calamusa, Jr.
D.G. Pantazis, Jr.
Kevin W. Jent
Wiggins, Childs, Pantazis,
Fisher & Goldfarb, LLC
The Kress Building
301 – 19th Street North
Birmingham, AL 35203
Telephone: (205) 314-0500
rcalamusa@wigginschilds.com
dgpjr@wigginschilds.com
kjent@wigginschilds.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, hereby certify that on April 13, 2026, the undersigned electronically filed the above with the Court's CM-ECF filing system, and serving a copy of the above on all counsel of record, to the following:

Raymond S. Franks, II
Steven R. Ruby
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323

James Vercell Seal
3500 35th Avenue North
Birmingham, AL 35207

*/s/ Rocco Calamusa, Jr.*
OF COUNSEL