FILED
2026 Apr-13 PM 04:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

Stephen W. Ball

1. Deposition in *Fowler v. Justice Family Group, et al.* taken on 2/05/25

   Page, Lines
   5 (7-8)
   5 (20-25)
   7 (6) – 8 (6)
   8 (17) – 12 (20)
   14 (16-24)
   16 (14) – 35 (22)
   36 (3) – 37 (2)
   42 (4) – 43 (4)
   46 (9-14)
   46 (19) – 47 (14)
   84 (23) – 85 (15)
   135 (6) – 137 (25)
   139 (6) – 146 (21)

2. Deposition in *New London Tobacco Market, Inc. v. Kentucky Fuel Corp. & James C. Justice Companies,* 6:12-cv-00091-GFVT-HAI taken on 5/19/22

   Page, Lines
   5 (5-8)
   52 (11-14)
   40 (16) – 42 (20)
   47 (11-13)
   48 (18-23)

3. Trial testimony, Day 2, in *Lexon Insurance Co. v. James C. Justice, II,* 3:23-cv-00772 (MDTN) taken on 8/21/25

   Page, Lines
   77 (2-4)
   77 (13-25)

134 (4-19)
134 (23-25)
135 (8-22)
136 (15) – 137 (2)
137 (13) – 140 (5)
141 (11-21)
78 (1-11)
78 (23) – 79 (3)
87 (24) – 88 (5)