FILED

2026 May-08  PM 12:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**FILED**

**MAY − 7 2026**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ROBERT P. FOWLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:23-cv-1180-GMB |
| | ) | |
| JUSTICE FAMILY GROUP, LLC, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## VERDICT FORM

### Claim One: Fraudulent Inducement

**Do you find by a preponderance of the evidence:**

1.    That the Defendants made false representations of present or past material facts and that they intended for Mr. Fowler to rely on these representations?

      Yes  **X**

      No  _____

\*If your answer is Yes, go to the next question.  If your answer is No, skip questions 2–4 and go to question 5.

2.    That Mr. Fowler reasonably relied on the false representations and suffered damages as a proximate result of that reliance?

      Yes  _____

      No  **X**

\*If your answer is Yes, go to the next question.  If your answer is No, skip questions 3 & 4 and go to question 5.

3.      That Mr. Fowler should be awarded damages to fairly and reasonably compensate him for the harm caused by the fraudulent inducement?

Answer Yes or No _____

If you answered Yes, in what amount? _____

*If you awarded damages in response to question 3, go to the next question.  If you did not award damages in response to question 3, go to question 5.

**Do you find by clear and convincing evidence:**

4.      That punitive damages should be assessed against the Defendants for fraudulent inducement?

Answer Yes or No _____

If you answered Yes, in what amount? _____

*Regardless of whether you awarded damages in response to question 4, go to the next question.

**Claim Two: Promissory Fraud**

**Do you find by a preponderance of the evidence:**

5.      That the Defendants made a promise about future conduct and, at the time they made the promise, they intended to deceive Mr. Fowler by not keeping the promise?

Yes _____

No \_\_**X**\_\_

*If your answer is Yes, go to the next question.  If your answer is No, this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.

6.      That Mr. Fowler acted on that promise and was harmed?

Yes _____

No _____

*If your answer is Yes, go to the next question.  If your answer is No, this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.

7.      That Mr. Fowler should be awarded damages to fairly and reasonably compensate him for the harm caused by the promissory fraud?

Answer Yes or No _____

If you answered Yes, in what amount? _____

*If you awarded damages in response to question 7, go to the next question.  If you did not award damages in response to question 7, this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.

**Do you find by clear and convincing evidence:**

8.   That punitive damages should be assessed against the Defendants for promissory fraud?

Answer Yes or No _____

If you answered Yes, in what amount? _____

*This ends your deliberations.  Your foreperson should sign and date the verdict form below.

So Say We All.

_____

Foreperson's Signature

Date: _7 May 2026_____