FILED

2026 May-11  PM 02:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERT P. FOWLER, | ) | |
| | ) | |
|     Plaintiff/Counterclaim- | ) | |
|     Defendant, | ) | |
| | ) | |
| v. | ) | Case No. 2:23-cv-1180-GMB |
| | ) | |
| JUSTICE FAMLY GROUP; | ) | |
| BLUESTONE RESOURCES, INC.; | ) | |
| and SOUTHERN COAL CORP., | ) | |
| | ) | |
|     Defendants/Counterclaimants. | ) | |

## <u>ORDER</u>

The court has not entered final judgment on the breach of contract claim and counterclaim.  To that end, it is ORDERED as follows:

1.     Plaintiff Robert P. Fowler is ORDERED to file a Motion for Entry of Final Judgment with accompanying brief detailing his damages for the breach of contract claim, including attorney's fees and costs and the off-set for the counterclaim, on or before **June 1, 2026**.

2.     Defendants Justice Family Group, LLC; Southern Coal Corporation; and  Bluestone Resources, Inc. are ORDERED to file a response to the motion on or before **June 15, 2026**.

3.     Any reply by Fowler should be filed on or before **June 22, 2026**.

DONE and ORDERED on May 11, 2026.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE