FILED

2026 May-13  PM 04:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

**STYLE:  ROBERT P. FOLWER v. JUSTICE FAMILY GROUP, LLC, et al.**      **CASE NO. 2:23-cv-01180-GMB**

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS<br><br>**PLAINTIFF**<br><br>GOVERNMENT<br><br>DEFENDANT<br><br>COURT<br><br>JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 1 | 5/4/26 | | | | | | | 5/4/26 | Email dated 10/04/21 –pre-employment terms (F 97637-97640) |
| | 2 | 5/4/26 | | 5/4/26 | | | | | 5/4/26 | Fowler's notes from 9/29/21 meeting (F 97641-97643) |
| | 3 | 5/4/26 | | | | | | | 5/4/26 | Employment Agreement (J 168962-71) |
| | 4 | 5/5/26 | | | | | | | 5/6/26 | Text Messages - 9/28/21 to 10/20/21 (F 97618-19) |
| | 5 | 5/4/26 | | 5/4/26 | | | | | 5/4/26 | Email dated 5/01/23 from Fowler to Justice with letter re: employment  (J 155473-75) |
| ✓ | 6 | | | | | | | | | Defendants' Answers to Plaintiff's Request for Admissions dated 4/04/24 |
| | 7 | 5/5/26 | | 5/5/26 | | | | | 5/5/26 | Email dated 1/11/22 from Fowler to Justice re: generator out, no power  (J 33547-49) |
| | 8 | 5/5/26 | | 5/5/26 | | | | | 5/5/26 | Email dated 2/04/22 from Fowler to Justice (J 37008) |
| ✓ | 9 | | | | | | | | | Email dated 2/01/22 - Fowler & Wiggins (J 36574) |
| ✓ | 10 | | | | | | | | | Text message dated 3/04/22 re: need fuel – no power (F 97633) |

132

1180

STYLE:  ROBERT P. FOLWER v. JUSTICE FAMILY GROUP, LLC, et al.          CASE NO. 2:23-cv-01860-GMB

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | 11 | | | | | | | | Email dated 3/01/22 between Wiggins, Fowler, Tolley & others re: need fuse – water treatment system, $450 (J 42236-37) |
| ✓ | 12 | | | | | | | | Email dated 3/03/22 and 3/09/22 between Wiggins, Fowler, Tolley & others re: still not paid for fuse – biological treatment facility, $450 (J 44041-2) |
| ✓ | 13 | | | | | | | | Email dated 3/10/22 between Wiggins, Fowler, Tolley & others re: Fuse still not approved – "need desperately" – "daily violation of permit requirements" (J 44257-59) |
| ✓ | 14 | | | | | | | | Email dated 3/11/22 between Wiggins, Fowler, Tolley & others re: still not approved  (J 44530-32) |
| ✓ | 15 | | | | | | | | Email dated 3/14/22 between Wiggins, Fowler, Tolley & others re: still not approved (J 44936-39) |
| ✓ | 16 | | | | | | | | Email chain dated 6/09/22 to 9/27/22 between Wiggins, Fowler, Tolley & others re: diesel fuel - $5610, Repeated requests – ignored, can't run equipment, finally done September (J 95321-46) |
| ✓ | 17 | | | | | | | | Email chain dated 6/09/22 to 9/27/22 between Wiggins, Fowler, Tolley & others   re: fuel pumps/mowers/trucks – 300 gallons, repeated requests – ignored, finally done September  (J 95477-502) |
| ✓ | 18 | | | | | | | | Emails dated 10/06/22-10/10/22 between McKee, Tolley, Fowler & Justice re: need fuel (J 98467-68) |
| ✓ | 19 | | | | | | | | Emails dated 12/31/21 – 1/03/22 between Fowler & Justice re: posting bond for appeals (J 32337-38) |
| ✓ | 20 | | | | | | | | Emails from 8/09/22-10/07/22 between Johnson & Fowler re: local counsel or appeal will be dismissed  (J 98340-42) |
| | | | | | | | | | |

STYLE:  ROBERT P. FOLWER v. JUSTICE FAMILY GROUP, LLC, et al.     CASE NO. 2:23-cv-01180-GMB

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | 21 | | | | | | | | Email dated 4/25/23 between Fowler & Justice re: copy expenses $500 for 4th Circuit appeal (J 151361) |
| ✓ | 22 | | | | | | | | Emails dated 11/21/21-12/16/21 re: Aquatic Resources & payment (J 27833-85) |
| ✓ | 23 | | | | | | | | Emails dated  2/02/22-2/11/22 re: Aquatic Resources & payment of past due invoices (J 38684-86) |
| ✓ | 24 | | | | | | | | Emails dated 3/04/22-3/28/22 re: Aquatic Resources & payment of past due invoices (J 49332-35) |
| ✓ | 25 | | | | | | | | Emails dated 6/13/22 re: Aquatic Resources invoice for WET test & inquiry from Fowler to Justice re: same (J 63112-13) |
| ✓ | 26 | | | | | | | | Emails dated 2/02/23 re: Aquatic Resources, not collecting test or submit more info (J 168500-01) |
| ✓ | 27 | | | | | | | | Emails dated 2/02/23 re: Aquatic Resources and not working (J 168503) |
| ✓ | 28 | | | | | | | | Emails dated 2/01/23-2/06/23 re: Aquatic Resources and not working due to no payment (J 130868-69) |
| ✓ | 29 | | | | | | | | Emails dated 2/01/23-2/06/23 re: Aquatic Resources and not working due to no payment (J 130881-83) |
| | 30 | 5/4/26 | | | | | | 5/4/26 | Emails dated 3/07/23 re: Aquatic Resources and not working due to no payment, Justice's response to Fowler - "drama is a little much" (J 139395-37)  SEALED |

3

**STYLE:  ROBERT P. FOLWER v. JUSTICE FAMILY GROUP, LLC, et al.**          CASE NO. 2:23-cv-01180-GMB

| ✓ | 31 | | | | | | | | | Emails dated 11/24/21-12/02/21 between Lane, Sherry, Wiggins & Fowler re: Enersolv non-payment (J 22059-60) |
| ✓ | 32 | | | | | | | | | Emails dated 12/02/22-12/03/22 between Fowler, Justice & Tolley re: non-payment results in non-compliance (J 22316-19) |
| ✓ | 33 | | | | | | | | | Emails dated 11/15/22 between Fowler, Justice, Ball, Tolley re: Pace & no longer collect data/withholding data & payment past due, cannot get data (J 110036) |
| ✓ | 34 | | | | | | | | | Emails dated 12/19/22-12/20/22 between Fowler, Justice, Ball, Tolley re: Pace and no longer collecting data  (J 119477-81) |
| ✓ | 35 | | | | | | | | | Emails dated 7/28/21 – 5/17/22 re: One Stop Environmental – past due, will not work – Disposal Bluestone Coke – ADEM required (J 58786-91) |
| ✓ | 36 | | | | | | | | | Emails dated 5/05/22-5/18/22 re: One Stop Environmental payment needs to be paid ASAP (J 58960-65) |
| ✓ | 37 | | | | | | | | | Emails dated 5/05/22-6/21/22 re: One Stop Environmental payment and movement (J 64455-63) |
| ✓ | 38 | | | | | | | | | Emails dated 5/05/22-6/27/22 re: One Stop Environmental and moving waste (J 65833-42) |
| ✓ | 39 | | | | | | | | | Emails dated 5/05/22-6/28/22 re: One Stop Environment and unpaid invoices (J 66145-56) |
| ✓ | 40 | | | | | | | | | Emails dated 8/09/22-9/09/22 re: One Stop Environmental, Fowler to Justice - need to get moving on getting waste offsite (J 90944-51) |

STYLE:  ROBERT P. FOLWER v. JUSTICE FAMILY GROUP, LLC, et al.    CASE NO. 2:23-cv-01180-GMB

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | 41 | | | | | | | | | Emails dated 8/23/22-9/13/22  re: One Stop Environmental and moving waste (J 92064-71) |
| ✓ | 42 | | | | | | | | | Emails dated 8/24/22-9/13/22 re: One Stop Environmental and moving waste (J 92020-24) |
| ✓ | 43 | | | | | | | | | Email dated 9/21/22 re: One Stop Environmental & no control over finances (J 94157-58) |
| ✓ | 44 | | | | | | | | | Email dated 7/21/22 from Wiggins to Fowler re: Regenesis contract (J 73566) |
| ✓ | 45 | | | | | | | | | Emails dated 7/21/22 between Fowler, Justice, Polly & Ball re: EPA violations (J 73394-95) |
| ✓ | 46 | | | | | | | | | Email dated 7/21/22 from Wiggins to Fowler re: new contract needs to be signed (J 73625-27) |
| ✓ | 47 | | | | | | | | | Email dated 11/04/21 from Fowler to Justice re: hiring Brian Toth and Rich Weaver (F 31-32) |
| ✓ | 48 | | | | | | | | | Email dated 11/18/21 between Fowler, Justice, Ball & White re: hiring Toth and Weaver, and other issues (F 203-205) |
| ✓ | 49 | | | | | | | | | Email dated 11/26/21 between Fowler & Justice re: hiring Toth and Weaver, and other issues (F 545) |
| ✓ | 50 | | | | | | | | | Email dated 12/29/21 between Fowler & Justice re: hiring Jon Lawson ($5,500) (J 120988-89) |

1180

STYLE:  ROBERT P. FOLWER v. JUSTICE FAMILY GROUP, LLC, et al.    CASE NO. 2:23-cv-01180-GMB

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | 51 | | | | | | | | | Emails dated 10/06/22 and 10/11/22 between Fowler & Justice re: hiring in Tennessee because of violations (J 98330, 99504-05) |
| | 52 | 5/4/26 | | | | | | | 5/4/26 | Email dated 11/23/21 from Fowler to Justice & Ball re: issues that need funding (J 17759-17761) <br><br> **SEALED** |
| ✓ | 53 | | | | | | | | | Email dated 11/30/21 from Fowler to Tolley, Justice & Harrison re: issues that need funding (J 20919) |
| ✓ | 54 | | | | | | | | | Email dated 12/10/21 from Fowler to Justice & Ball re: issues that need funding (J 25132) |
| ✓ | 55 | | | | | | | | | Email dated 12/17/21 from Fowler to Ball re: issues that need funding (J 28911-13, 28250-53) |
| ✓ | 56 | | | | | | | | | Email dated 1/20/22 from Fowler to Justice re: issues that need funding (J 34853-55) |
| ✓ | 57 | | | | | | | | | Email dated 2/04/22 from Fowler to Justice & Ball re: issues that need funding (J 37010-12) |
| ✓ | 58 | | | | | | | | | Email dated 2/16/22 from Fowler to Justice, Ball, Tolley & Harrison re: issues that need funding (J 39496-97) |
| ✓ | 59 | | | | | | | | | Email dated 4/13/22 from Fowler to Justice re: issues that need funding (J 53856-59) |
| ✓ | 60 | | | | | | | | | Email dated 8/05/22 from Fowler to Tolley re: issues that need funding (F 22158-61) |
| | | | | | | | | | | |

1180

**STYLE:  ROBERT P. FOLWER v. JUSTICE FAMILY GROUP, LLC, et al.          CASE NO. 2:23-cv-01180-GMB**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | 61 | | | | | | | | Email dated 11/28/22 from Fowler to Justice & Ball re: issues that need funding (J 112561-62) |
| ✓ | 62 | | | | | | | | Email dated 11/28/22 from Fowler to Justice & Ball re: issues that need funding (J 112561-62) |
| ✓ | 63 | | | | | | | | Email dated 3/24/23 from Fowler to Wiggins & Tolley re: issues that need funding (J 144205-06) |
| ✓ | 64 | | | | | | | | Email dated 12/02/21 from Fowler to Justice, Ball & Johnson re: Virginia & Kentucky permits (J 21908) |
| ✓ | 65 | | | | | | | | Email chain dated 1/18/22-2/23/22 re: WV Land Trust payment past due (J 40835-40) |
| ✓ | 66 | | | | | | | | Email dated 1/19/22-2/24/22 re: Alabama Surface Mining Commission penalties (J 41301) |
| ✓ | 67 | | | | | | | | Email dated 3/18/22 re: Abatement Agreement – Tennessee, not funded (J 46081-82) |
| ✓ | 68 | | | | | | | | Email dated 3/22/22-3/24/22 re: State of Virginia – Stipulated Penalties and repeated requests (J 47937-39) |
| ✓ | 69 | | | | | | | | Email dated 7/29/22-9/27/22 between Fowler & Justice re: Alabama Surface Mining Commission penalties (J 95657) |
| ✓ | 70 | | | | | | | | Emails dated 8/08/22-9/20/22 re: penalties for violating Consent Orders – Virgina (J 93736-40) |

STYLE:  ROBERT P. FOLWER v. JUSTICE FAMILY GROUP, LLC, et al.    CASE NO. 2:23-cv-01180-GMB

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | 71 | | | | | | | | Emails dated 8/08/22-10/04/22 re: EPA, lack of financial assurances, bonding, violation of consent order (J 97325-30) |
| | | | | | | | | | |
| ✓ | 72 | | | | | | | | Emails dated 8/08/22-10/19/22 re: EPA, lack of financial assurances, bonding, violation of consent order (J 102704-12) |
| | | | | | | | | | |
| ✓ | 73 | | | | | | | | Emails dated 8/08/22-10/19/22 re: EPA, lack of financial assurances, bonding, violation of consent order (J 102722-29) |
| | | | | | | | | | |
| ✓ | 74 | | | | | | | | Emails dated 8/08/22-11/02/22 re: EPA, lack of financial assurances, bonding, violation of consent order (J 105885-93) |
| | | | | | | | | | |
| ✓ | 75 | | | | | | | | Emails dated 9/30/22-10/06/22 re: penalties for violating Consent Orders – Virgina (J 98215) |
| | | | | | | | | | |
| ✓ | 76 | | | | | | | | Email dated 10/03/22 from Fowler to Justice & Ball re: Alabama Surface Mining Commission penalties (J 96971) |
| | | | | | | | | | |
| ✓ | 77 | | | | | | | | Email dated 10/03/22-10/26/22 from Fowler to Justice re: Alabama Surface Mining Commission payment (J 104062) |
| | | | | | | | | | |
| ✓ | 78 | | | | | | | | Emails dated 10/06/22-10/12/22 re: EPA, lack of financial assurances, bonding, violation of consent order (J 99684) |
| | | | | | | | | | |
| ✓ | 79 | | | | | | | | Email dated 10/19/22  between Fowler & Justice re: Alabama Surface Mining Commission payment (J 102804) |
| | | | | | | | | | |
| ✓ | 80 | | | | | | | | Email dated 2/28/23-3/08/23, re: Abatement Agreement – Virginia, Summer Harrison to Fowler: " I don't approve anything.  It all goes through Jay." (J 139992-93) |

STYLE:  ROBERT P. FOLWER v. JUSTICE FAMILY GROUP, LLC, et al.        CASE NO. 2:23-cv-01180-GMB

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ 81 | | | | | | | | | Letter dated 11/20/20 from Attorneys to DOJ regarding Southern Coal penalties from September 2016 in the amount of $3.192 million, no revenue, financial issues (J 47876-82) |
| 82 | 5/4/26 | | | | | | | 5/4/26 | Email dated 4/30/22 between Justice & Fowler re: Alabama Surface Mine Commission, Financial problems in 2021; 3/01/21 Greensill filed bankruptcy; Credit Suisse will provide liquidity to our business (F 11098-99) |
| 83 | 5/5/26 | | 5/5/26 | | | | | 5/5/26 | Declaration of Stephen Ball dated 9/26/22, Doc. 207-1, *Essar Steel litigation*, Civil Action No. 1:17-mc-00360-AT-RLW (SDNY) |
| 84 | 5/5/26 | | | | | | | 5/5/26 | Ruby letter dated 9/26/22 to Judge Torres in *Essar Steel litigation*, Civil Action No. 1:17-mc-00360-AT-RLW (SDNY) |
| ✓ 85 | | | | | | | | | Defendants' Objections to Mag. Judge's Recommended Disposition & Order filed 4/21/23, Doc. 708, *New London Tobacco Market, et al. v. Kentucky Fuel Corp. and James C. Justice Companies, Inc.*, Civil Action No. 6:12-cv-000091-GFVT-HAI (EDKY) |
| ✓ 86 | | | | | | | | | Defendants' Motion to Continue Payment Deadline filed 10/10/23, Doc. 726, *New London Tobacco Market, et al. ...icky Fuel Corp. and James C. Justice Companies, Inc.*, Civil Action No. 6:12-cv-000091-GFVT-HAI (EDKY) |
| ✓ 87 | | | | | | | | | Amended Complaint filed on 6/04/21 in *Bluestone Resources, Inc, et al. v. Greensill Capital, et al.* Civil Action No.: 1:21-cv-02253-JMF (SDNY) |
| ✓ 88 | | | | | | | | | News article "Justice Lands on His Financial Feet" dated 9/02/21 |
| 89 | 5/4/26 | | | | | | | 5/4/26 | News article "Invited to explain IRS liens, Governor Justice instead calls coverage unfair" dated 7/27/21 |
| ✓ 90 | | | | | | | | | The Voice of West Virginia Metro News article "In swirl of financial turmoil, Greenbrier Hotel Corp. is hit with million-dollar IRS Lien" dated 7/25/21 |
| | | | | | | | | | |

9

**STYLE:  ROBERT P. FOLWER v. JUSTICE FAMILY GROUP, LLC, et al.**          **CASE NO. 2:23-cv-01180-GMB**

| | No. | | | | | | | | | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| | 91 | 5/4/26 | | 5/4/26 | | | | | 5/4/26 | News article "Bluestone Settles Disputed Bank Loans" dated September 2021 |
| ✓ | 92 | | | | | | | | | Deposition transcript of Stephen W. Ball dated 2/02/25 taken in *Fowler v. Justice Family Group, et al.* |
| | 93 | 5/5/26 | 5/5/26 | | | | | | | Deposition transcript of Stephen W. Ball dated 5/19/22 taken in *New London Tobacco Market, Inc. v. Kentucky Fuel Corporation & James C. Justice Companies*, Civil Action No. 6:12-cv-00091-GFVT-HAI |
| | 94 | 5/5/26 | 5/5/26 | | | | | | | Trial transcript of Stephen W. Ball dated 8/21/25 (Day 2) in *Lexon Insurance Co. v. James C. Justice, II*, Civil Action No. 3:23-cv-00772 (MDTN) |
| ✓ | 95 | | | | | | | | | Deposition transcript of James C. Justice, III dated 5/16/22 taken in *New London Tobacco Market, Inc. v. Kentucky Fuel Corporation & James C. Justice Companies*, Civil Action No. 6:12-cv-00091-GFVT-HAI |
| ✓ | 96 | | | | | | | | | Deposition transcript of James C. Justice, III dated 5/17/22 taken in *New London Tobacco Market, Inc. v. Kentucky Fuel Corporation & James C. Justice Companies*, Civil Action No. 6:12-cv-00091-GFVT-HAI |
| ✓ | 97 | | | | | | | | | Organizational Charts of Defendant companies (Doc. 662-5, pages 1-4) filed on 11/15/22 in *New London Tobacco Market, Inc. v. Kentucky Fuel Corporation & James C. Justice Companies*, Civil Action No. 6:12-cv-00091-GFVT-HAI |
| ✓ | 98 | | | | | | | | | Fowler 2018 Tax Return (F 97187-97227) |
| ✓ | 99 | | | | | | | | | Fowler 2019 Tax Return (F 97246-97308) |
| ✓ | 100 | | | | | | | | | Fowler 2019 AL Amended Return (F 97228-97245) |
| | | | | | | | | | | |

STYLE:  ROBERT P. FOLWER v. JUSTICE FAMILY GROUP, LLC, et al.        CASE NO. 2:23-cv-01180-GMB

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | 101 | | | | | | | | Fowler 2020 Tax Return (F 97309-97380) |
| ✓ | 102 | | | | | | | | Fowler 2021 Tax Return (F 97381-97456) |
| ✓ | 103 | | | | | | | | Fowler 2022 Tax Return (F 97457-97522) |
| ✓ | 104 | | | | | | | | Fowler 2023 Tax Return (F 97523-97589) |
| ✓ | 105 | | | | | | | | Fowler 2024 Tax Return (F 97647-97712) |
| ✓ | 106 | | | | | | | | Fowler 2024 W-2 (F 97644) |
| ✓ | 107 | | | | | | | | Fowler 2025 W-2 (F 97713) |
| | 108 | 5/4/26 | 5/4/26 | | | | | | Damage Calculation Demonstrative |
| | 109 | 5/6/26 | | | | | | | Noncompliance Notification Report - Bluestone Coke, 4/22/28 |
| | 110 | | | | | | | | |
| | 111 | | | | | | | | |
| | 112 | | | | | | | | |
| | 113 | | | | | | | | |
| | 114 | | | | | | | | |
| | 115 | | | | | | | | |

11

**STYLE:  ROBERT P. FOLWER v. JUSTICE FAMILY GROUP, LLC, et al.**        CASE NO. 2:23-cv-01180-GMB

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 116 | | | | | | | | | |
| 117 | | | | | | | | | |
| 118 | | | | | | | | | |
| 119 | | | | | | | | | |
| 120 | | | | | | | | | |