FILED
2026 May-13  PM 04:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

Fowler v. Justice Family Group LLC
2:23-CV-01180-GMB-
Date 5/4/2026 Jury Trial
Plaintiff Exhibit Label No. 1

**From:** Jay Justice <jcj3@bluestone-coal.com>
**Sent:** Thursday, October 7, 2021 9:30 PM
**To:** Fowler, Rob <RFOWLER@balch.com>
**Subject:** Re: Justice Companies/Confidential/Attorney Work Product

**[External Email] Please use caution.**

Rob:

Below in red are my thoughts/responses:

Jay,
Again, thank you for bringing me to Roanoke this past week and the trust you have in me. I sincerely appreciate your offer to come to work for you and have spent a lot of time thinking about it and what is best for my family. As you know, I have been at Balch for 27 years and have built relationships and a client base that will get me through my retirement in 10-15 years. As such, there is absolute security for me, my career, and my family by me staying here….it is safe. Obviously, there are risks and challenges associated with a move to your companies. I love the challenge part; but. must consider the risks. With that said, below are items that I believe with help me with those. I sincerely hope that this does not offend you...it is not meant to do that. Rob I totally understand the current security and I like your enthusiasm to take on a new challenge and grow for you and your family.

1. I would need to have at least a 10-year contract that assures me of a buyout ($3.0 million), if you let me go during this time without cause on my part. (We would need to discuss who would assure this.). I am great with the 10-year contract and think that your suggestion on buyout is reasonable, however I truly think that both will be moot points. I would probably want to start 1/1/22. On start date, I know that you have ongoing matters that would have to be buttoned up. I would like to have you sooner than later, even if we had to do some schedule sharing with Balch in the interim. November 15 would be my preference, if possible, if not I'm sure we can work around. I would need this agreement because I would be giving up an annual $2.5 million book of business at the firm and would have to start fresh if things didn't work out with you. I would need a guarantee to be based out of Birmingham (recognizing that there would likely be substantial travel). Living and being based in Birmingham, no problem with that. That should be no concern. I suspect this agreement would not be used because I know I can do the job and it would be beneficial for both of us. Totally agree.
2. Sign-on bonus of $300,000; Agreed
3. Moving expenses for office change; Agreed
4. 800 K annual salary with annual raises based on performance. I currently make $650, with approximate $40k raises annually based on production. I will easily move to $690K here are Balch starting in January. Good with $800, would like your input on structuring bonuses tied to achieving certain milestones that are important to the company.
5. Family medical; Agreed

Fowler 097637

6. 401K/Retirement Pension/Buyout (?) We have a 401K with safe harbor protections for heavily compensated employees which can happen on some 401K plans. Our company match is 100% on the first 3% of your pay, 50% on the next 2% of your pay. I understand there to be an IRS cap on compensation of $274k/year.

7. Title/Responsibilities/Chain of command discussions Title: Executive Vice President of Engineering and Regulatory Compliance. / Responsibilities: We can refine this more as we go but at a high level: I would want you to be over all engineering which would include permitting, bonding, compliance (NPDES, SMCRA, Title 5, etc.), overseeing the engineering department personnel and contractors. I would want you to run the environmental legal program as well. If you feel comfortable getting up to speed to run the legal front on safety as well that would be great (MSHA, OSHA, etc.). I would also like you to handle all regulatory negotiations (fines, penalties, consent decrees, compliance programs, etc.). Minimal activity on the agriculture and Greenbrier fronts, but there is some. The heavy lifting is coal and coke. / Chain of command: Your direct report would be to me.

8. Office/Responsibilities/Corporate Travel—use of corporate planes/Hiring/Autonomy discussions (this is just a laundry list of how we best make this happen). I would want you to rent office space in Birmingham to house an environmental legal team (Associate, paralegal, admin., etc.). Some of the compliance functions from an engineering standpoint I would want to move to Birmingham (NPDES monitoring, coke monitoring, etc.) things that you will probably need to be in the thick of. Naturally, some of the field engineers need to be at the mine sites so you would have to correspond with them remotely. Permitting could be done in Birmingham. You and I will have to figure out how many people we need to accomplish the goals. / Use of the planes is not a problem; they fly a good bit so some scheduling ahead would be needed. / Autonomy: I want you and I to have an open line of communication that we are always on the same page, but I would expect you to run your show and be a key member of the executive team for major decisions that may even be outside of your group.

9. Law Licenses fees/Continuing Legal Education expenses Agreed

10. Anna joked about building in 2 rooms at the Greenbrier for 1-week annually…She is nervous about the move but is comfortable with my decision. Tell Anna she's got a deal, provided that she can work some of the week in the culinary shop giving cooking demonstrations.

I understand that we will need to discuss these items (and many more). I am personally excited about the challenges that this will bring and the opportunity to help you build your companies. Let's plan on discussing after you have time to consider where I am and your needs. I suspect this could be a great long-term relationship.

Rob, in closing none requests or questions are surprising or out of line. I know this can be a great long-term partnership that can very much help me, our family, and the companies and I would want and expect this endeavor to greatly benefit Rob, Anna, and your family as well. I continue to be very excited and look forward to the next steps.

Jay

On Mon, Oct 4, 2021 at 11:55 AM Fowler, Rob <RFOWLER@balch.com> wrote:
Jay,

Fowler 097638

Again, thank you for bringing me to Roanoke this past week and the trust you have in me. I sincerely appreciate your offer to come to work for you and have spent a lot of time thinking about it and what is best for my family. As you know, I have been at Balch for 27 years and have built relationships and a client base that will get me through my retirement in 10-15 years. As such, there is absolute security for me, my career, and my family by me staying here....it is safe. Obviously, there are risks and challenges associated with a move to your companies. I love the challenge part; but. must consider the risks. With that said, below are items that I believe with help me with those. I sincerely hope that this does not offend you...it is not meant to do that.

1.    I would need to have at least a 10-year contract that assures me of a buyout ($3.0 million), if you let me go during this time without cause on my part. (We would need to discuss who would assure this. ). I would probably want to start 1/1/22. I would need this agreement because I would be giving up an annual $2.5 million book of business at the firm and would have to start fresh if things didn't work out with you. I would need a guarantee to be based out of Birmingham (recognizing that there would likely be substantial travel). I suspect this agreement would not be used because I know I can do the job and it would be beneficial for both of us.
2.    Sign-on bonus of $300,000;
3.    Moving expenses for office change;
4.    800 K annual salary with annual raises based on performance. I currently make $650, with approximate $40k raises annually based on production. I will easily move to $690K here are Balch starting in January.
5.    Family medical;
6.    401K/Retirement Pension/Buyout (?)
7.    Title/Responsibilities/Chain of command discussions
8.    Office/Responsibilities/Corporate Travel—use of corporate planes/Hiring/Autonomy discussions (this is just a laundry list of how we best make this happen).
9.    Law Licenses fees/Continuing Legal Education expenses
10. Anna joked about building in 2 rooms at the Greenbrier for 1-week annually...She is nervous about the move but is comfortable with my decision.

I understand that we will need to discuss these items (and many more). I am personally excited about the challenges that this will bring and the opportunity to help you build your companies. Let's plan on discussing after you have time to consider where I am and your needs. I suspect this could be a great long-term relationship.

Rob

Rob Fowler, Partner, Balch & Bingham LLP
1901 Sixth Avenue North • Suite 1500 • Birmingham, AL 35203-4642
t: (205) 226-8733  f: (205) 488-5695  e: rfowler@balch.com
**www.balch.com**

CONFIDENTIALITY: This email and any attachments may be confidential and/or privileged and are therefore protected against copying, use, disclosure or distribution. If you are not the intended recipient, please notify us immediately by replying to the sender and double deleting this copy and the reply from your system.

**Fowler 097639**



**Bluestone**
**James C. "Jay" Justice III**
**President & CEO**
Bluestone Resources, Inc.
302 S. Jefferson St| Roanoke, VA 24011
Phone: 540-492-4080| Fax: 540-301-1798 | E-mail: jcj3@bluestone-coal.com



********* CONFIDENTIALITY NOTICE AND WARNINGS *********

This email may contain information that is private and confidential. If you receive this email in error, please advise by return email and delete immediately without reading, copying or forwarding to others.

**Fowler 097640**