Fowler v. Justice Family Group LLC
2:23-CV-01180-GMB-
Date 5/4/2026 Jury Trial
Plaintiff Exhibit Label No. 2



**B&B**

## BALCH & BINGHAM LLP

Alabama · Georgia · Mississippi · Washington, D.C.

www.balch.com                                          800-762-2426

Jay Justice & SES - Roanoke - Bluestone -        Sept 29, 2024

- Global Justice End program
- JJ looking for "game changer"
- Many Env. issues - we need someone to come in and fix.
- Coal, Bluestone Coke; Agriculture - Green Bo,
- run, oversee, Env. Compliance & get back on track.                    Ala, Ky, W.V. Va.
                                                            Tenn.

× Finances - ?? "Good shape"
    - Greensill - will work through
    - will survive Bluestone Coke - issues
      w/ MMD, Ala Gas/Spire              × "Ask About
                                           JJB. Billomitt"
What would it take?                       └> Don't know our
    - NODES - software                     Finances - we are
        - 10-12 people                    Absolutely good.
        - we can discuss who to keep
Depends on    { - from corporate
#'s in        { - office in Birmingham
each state    { - Need 1-2 Assists, paralegal -
              { - Attorney - engineers -


- Reputation is bad - JJ acknowledged - wants
  me to fix — LeBron James — cool
  You can help w/ OSM, EPA, States -
- Need to be serious About investing in
  env. compliance — "Rob you will run
  the show - everything."

**Fowler 097641**

# B&B

## BALCH & BINGHAM LLP

Alabama • Georgia • Mississippi • Washington, D.C.

www.balch.com                                                    800-762-2426

Whoever Anne it would need to be able
to make decisions — they are on the
hook -- You would have Autonomy —
work together to make Happen.

- Member of Team w/ J.J., Ball, — even non-
  env. matters — estate, Acquis., Report to JJ
- oversee outside Counsel — Pruitt, Balch, etc

                                                    Still owe

- Happy at BALCH — 10-15 years second
- Probably not willing to pay me what
  it would take -- #6 now —
- 7.5 or 8
- stay in Bham

- work — Go Coal Appeal
  — Ky
  — Firms w/ DSM + DOJ
  — ALABAMA M. Andy / P. Long
  — TN — Antitrust Agreements —

Need to know I had the power to do
necessary work — Never had ability at Balch —

Excited — TAK — I'll Email JJ w/ thoughts
& questions — Anna will be Excited !

**Fowler 097642**



# BALCH & BINGHAM LLP

Alabama • Georgia • Mississippi • Washington, D.C.

www.balch.com

800-762-2426

Call Jim Hurley — Re: Reputation / Pay 81/3;
— start Jan 1, 2022 b/c [illegible] at Balch

**Fowler 097643**