FILED
2026 May-13 PM 04:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

Messages - Jay Justice

Fowler v. Justice Family Group LLC
2:23-CV-01180-GMB-
Date 5/4/2026 Jury Trial
Plaintiff Exhibit Label No. 4

Text message
9/28/2021 6:44:50 PM

Can you share the topic for tomorrow so that I am ready?

Global Justice Environmental Program

Got it.

9/30/2021 8:49:49 AM

Jay, it was great talking with you about this opportunity. Let's plan to talk more next week. I appreciate your trust in me.

10/1/2021 6:41:02 PM

Enjoyed the talk as well. Hopefully we can make something work that is a big win for us both. Enjoy your time in Vegas, let's talk next week

10/1/2021 11:51:00 PM

Liked "Enjoyed the talk as well. Hopefully we can make something work that is a big win for us both. Enjoy your time in Vegas, let's talk next week "

10/4/2021 12:33:23 PM

Jay, I recently sent you an email that hopefully can act as discussion points. I am excited about the possibility if we can get details worked out.

10/4/2021 2:01:11 PM

Preparing responses to your email.

10/4/2021 3:27:05 PM

Liked "Preparing responses to your email. "

10/11/2021 11:54:25 AM

Jay, i am excited that this looks like it is going to work. I sent you a draft agreement via email. I'm ready to talk whenever you get a few minutes.

I'm at mines today. Will take a look tonight. Excited too

10/13/2021 12:19:00 PM

Do you still want to catch up on the phone today?

10/13/2021 7:59:39 PM

Hey. Been consumed all day with Gas company at Coke plant. I know u in court tomorrow. How is Next day

That works. Whenever is good for you.

10/14/2021 5:23:46 PM

I now have a 9:30 till 11:00 meeting tomorrow.

10/16/2021 6:18:06 PM

Rob. I'd like to finalize and wrap this up. How is your schedule tomorrow

10/16/2021 11:23:04 PM

I can make most any time work. Pick a time.

Page 1 of 19

**Fowler 097618**

Messages - Jay Justice

> Anna reminded me that I have a dinner commitment in the evening... otherwise I'm good.

10/17/2021 10:45:59 AM

> How does 2 or 3 this afternoon your time work?

10/17/2021 1:05:18 PM

Hey Rob   - on the way to SC with Dad on plane.  May be tough to talk this afternoon. Don't want to mess up your dinner plans. Can we knock this out in the morning over the phone? -Nov 15 coming soon.  I'm ready!

> Absolutely.   I am ready as well.

10/18/2021 6:38:24 AM

> What time do you want to talk this morning?

10/18/2021 10:39:35 AM

Can u talk at 1130 central

> Yes.   Call me on this phone.

Ok

10/18/2021 10:46:52 PM

> How does next Monday- Wednesday (25th-27th) look for me to come up?

10/19/2021 2:31:48 PM

> I emailed you the Agreement.  Review and send me back your signature page.  Also, let me know what works for a visit next week.  I am excited about this opportunity.

Will do later this eve.   When I land

> That works.

10/20/2021 7:39:59 AM

> Jay, once you are okay with the agreement and execute it, can you get your folks to set me up with a company email? Thanks.

Rob. The Bluestone Coke debacle continues as it relates to JCDH and the economic impact of Spire Gas jacking the cost up making it impossible to make $ at the Coke plant.  We may end up having to close the plant - this has no impact on our deal with Rob and no impact on the need for Rob or the stability for Rob at Justice Co- I'd like to u talk about the plant and get your take on some of the hurdles this morning.  I'll get the Agreement back also.  They will get you an email set up also.

> Understood.  I have a meeting from 8:30 until around 11:30.   It may be early afternoon.  Also, i can set up a meeting with Alan Truitt ASAP to get caught up on the JCDH and lawsuit.  Talk soon.

> Maybe finished at 11.

Let me know when u can talk when free

> Will do.

**Fowler 097619**