FILED
2026 May-13 PM 04:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| From: | Rob Fowler |
| Sent: | Monday, May 1, 2023 6:59 PM EDT |
| To: | Jay Justice |
| Subject: | CONFIDENTIAL/FOR JAY JUSTICE EYES ONLY |
| Attachments: | CONFIDENTIAL.docx |

Jay,

I had hoped that we could discuss this prior to me sending it. I made several prior attempts to address some of these issues to no avail. I am available to discuss anytime. Rob

Fowler v. Justice Family Group LLC
2:23-CV-01180-GMB-
Date 5/4/2026 Jury Trial
Plaintiff Exhibit Label No. 5

CONFIDENTIAL

JUSTICE155473



Robert P. Fowler
513 Founders Park Circle
Birmingham, AL 35226

Telephone: (540)314-6257
Email: rfowler@bluestone-coal.com

---

**VIA ELECTRONIC MAIL:**
**jcj3@bluestone-coal.com**

May 1, 2023

Mr. Jay Justice
302 South Jefferson Street
Roanoke, VA 24011-1710

RE:    **Confidential/For Jay Justice Eyes Only/Robert P. Fowler--Resignation Effective June 1, 2023**

Dear Jay,

After serious consideration and many unsuccessful attempts to discuss my employment with you in person, over the telephone, and in emails, I have decided to resign my position for Good Reason under the October 19, 2021 Executive Employment Agreement between Bluestone Resources, Inc., Southern Coal, Corporation, Justice Family Group, LLC ("Companies"), and myself (the "Agreement"), effective June 1, 2023.   Because of the impact this will have on my career and family, this is not an easy decision.

When we began discussions for my employment in your Roanoke office, you asked me two questions. First, you asked what it would take for me to leave my private law practice and come to work for you and your Companies. At that time, we discussed the fact that I was a senior partner, had a large book of business, a guaranteed income, a support staff of assistants, paralegals, and attorneys, and was comfortable knowing that I could finish the last 10-15 years of my career at Balch & Bingham, LLP. Among other terms, we agreed on an $800,000 annual Base Salary, guaranteed annual salary increases, and guaranteed annual bonuses. We both understood that these terms were necessary for me to offset the risks of giving up my practice, guaranteed income, and the potential impact this career change could have on my family and my retirement plans.

In addition to the terms of the Agreement, you asked what resources would be necessary to bring your companies into compliance with environmental and mining laws, as well as maintaining that compliance. Based on the number of facilities/sites, environmental and mining permits, abatement agreements, prior noncompliance matters, and consent decrees, I indicated that we would need to hire 10-12 additional people (i.e., assistants, paralegals, attorneys, engineers, etc.,), located in a Birmingham, Alabama, office. We agreed that my duties, responsibilities, and powers as EVP would include overseeing the entire environmental legal and compliance functions

JUSTICE155474

for the Companies. You assured me that I would have the resources necessary to perform those duties (i.e., funding, software, office space, personnel, etc.,).

However, during the entirety of my employment, you have routinely denied providing those resources to accomplish these tasks. For example, as EVP I am not authorized to hire consultants to abate violations or imminent danger orders, approve funding to maintain and repair the Companies' equipment, pay required permit fees and fines, purchase basic fuel, authorize the legally required disposal of hazardous wastes, timely make lab payments for sampling, hire temporary administrative support staff, lease suitable office space, or even approve the smallest of expenditures. Likewise, environmental compliance staff is responsible for assuring that the Companies submit discharge monitoring reports to the various states and reports to the EPA before their deadline. However, I have no authority to pay the sampling labs, which withhold data for nonpayment, to assure that the Companies submit these items in a timely manner. Assigning me the responsibility without the necessary authority is a material change in the nature and scope of what we agreed would be my duties, responsibilities, and powers as your EVP. In other words, I have the title, the legal responsibility, and the potential civil and criminal liability without any power or authority whatsoever for achieving compliance.

As you are aware, compliance with environmental and mining laws is not discretionary. In fact, failure to maintain compliance can bring with it personal civil and criminal liability. I can no longer accept liability for something that I have absolutely no ability to control. This difference between my potential liabilities as EVP and my actual authority to meet those legal requirements has created an ethical dilemma for which I see no resolution in my current position.

It is with this background that I am submitting my resignation for Good Reason. Specifically, you have:

1. Reduced my compensation by failing to increase my Base Salary for 2023 by the guaranteed Consumer Price Index rate (7%) (beginning on January 1, 2023);
2. Failed to pay my guaranteed bonus for 2022 (due on March 31, 2023);
3. Failed to reimburse any of my submitted business expenses;
4. Materially changed the nature and scope of my duties, responsibilities, authority, and power from those agreed upon at the beginning of my employment; and
5. Potentially divested themselves of more than 50 percent ownership of one or more of the Companies (At this time, I am not privy to the details regarding the Companies' settlement with Credit Suisse or the information regarding the Companies' public announcement that it is divesting itself of its coal assets).

If you fail to cure these issues as allowed by the Agreement, it is my intention that June 1, 2023, will be my last day with the Companies. In the meantime, I will continue providing my full attention to my position. This includes, but not limited to, requesting an *en banc* hearing with the Fourth Circuit on the Southern Coal appeal, working with the Alabama Attorney General's Office on three bond forfeiture proceedings, opposing proposed bond increases at nine sites in Tennessee, addressing violations and cessation orders at mines, addressing permitting and sampling matters, etc. I will work with whoever you designate to bring them up to speed on the issues with which I am currently involved.

CONFIDENTIAL                                                  JUSTICE155475

I do not plan to discuss this decision with anyone else in the Companies until you and I can agree on the appropriate message and timing. If you have any questions, please contact me at (540) 314-6257 or rfowler@bluestone-coal.com.

Sincerely,

Robert P. Fowler
EVP Environmental Engineering and Compliance
and General Counsel Environmental Affairs

CONFIDENTIAL

JUSTICE155476