FILED

2026 May-13 PM 04:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

| From: | Rob Fowler |
|---|---|
| Sent: | Tuesday, January 11, 2022 8:14 AM EST |
| To: | Jay Justice |
| Subject: | RE: Privileged and Confidential - Attorney Client Communication - Bluestone Coke - Air Permitting Assessment |

I will get you this today. Any more thoughts on leasing a place to house the compliance section? It is common at the facility for the generator to go out for an hour or two. This makes it difficult when I am working on something and then lose it all the work. Also, it will be almost impossible to find a good paralegal/assistant working with no indoor bathrooms, water, and limited heat. With that said, we will continue to make this work until you are ready to pull the trigger on that. Finally, I think it is very important for me and Rich to come up and spend a couple of days with George and Bill. Understandably, both seem to be a little protective of their work and roles. Understanding this, their capacity, and our current reporting systems is important in assuring bench strength and efficiency moving forward. Let me know when you have some free time to talk. Rob

**From:** Jay Justice <jcj3@bluestone-coal.com>
**Sent:** Monday, January 10, 2022 1:12 PM
**To:** Rob Fowler <rfowler@bluestone-coal.com>
**Subject:** Re: Privileged and Confidential - Attorney Client Communication - Bluestone Coke - Air Permitting Assessment

Rob,
In simple terms. Please lay out the steps needed to start rebuilding 60 total ovens. Which will be battery 3 and battery 4.
That's what we want to do and think the plant can be for the future.

Jay

Sent from my iPhone

On Jan 10, 2022, at 11:15 AM, Rob Fowler <rfowler@bluestone-coal.com> wrote:

Jay,
This is just a reminder of PPM's air emissions report. We now need to put together what work we are proposing to complete at the facility to assure that some other work (i.e., changing boilers, modifying the flare, etc. ) will not impact the emissions. Don is looking at what work must occur; however, it will require at hard look at what we are willing to do. Note, the best numbers for us in terms of numbers of ovens comes from 2012-2014. This means that the longer we wait in getting this done and submitting an air construction permit application, the less we can construct and not trigger major air permitting requirements.

**From:** Alan Truitt <atruitt@kmcllaw.com>
**Sent:** Wednesday, December 22, 2021 1:17 PM
**To:** Rob Fowler <rfowler@bluestone-coal.com>
**Cc:** Max Zygmont <mzygmont@kmcllaw.com>

Fowler v. Justice Family Group LLC
2:23-CV-01180-GMB-
Date 5/4/2026 Jury Trial
Plaintiff Exhibit Label No. 7

**CONFIDENTIAL**

**JUSTICE033547**

**Subject:** FW: Privileged and Confidential - Attorney Client Communication - Bluestone Coke - Air Permitting Assessment

**PRIVILEGED AND CONFIDENTIAL**

Rob,

Please see below and attached.

Regards-
Alan

J. Alan Truitt
direct: 205-777-7972
kmcllaw.com

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone or by electronic mail, and delete this message and all copies and backups thereof. Thank you.

**From:** Smith, Isaac <isaac.smith@ppmco.com>
**Sent:** Wednesday, December 22, 2021 11:44 AM
**To:** Alan Truitt <atruitt@kmcllaw.com>
**Cc:** Hood, Zane <zane.hood@PPMCo.com>; Max Zygmont <mzygmont@kmcllaw.com>; Bass, Brandon <brandon.bass@ppmco.com>
**Subject:** Privileged and Confidential - Attorney Client Communication - Bluestone Coke - Air Permitting Assessment

Alan,

As discussed, please find attached PPM's Air Permitting Assessment for the Bluestone Coke, LLC (Bluestone) facility located in Birmingham, Alabama. The Assessment was conducted based on conversations with KMCL and Bluestone representatives and incorporated historical operational and emissions information as well as future operating options. The document contains narratives on the facility's historical operations, applicable regulatory requirements, permitting analysis results and options, and future operational design and operating assumptions. PPM requests Bluestone and KMCL conduct a detailed review of the Assessment and underlying assumptions and provide feedback based on Bluestone's future operational plans for the Birmingham facility.

Please feel free to contact me or Zane if you have any questions. I hope you and your family have a Merry Christmas and Happy New Year.

Isaac A. Smith
District Manager

CONFIDENTIAL

JUSTICE033548

PPM Consultants, Inc.
30704 Sergeant E.I. Boots Thomas Drive
Spanish Fort, AL  36527
p:  251-266-7921
m: 251-454-0464
isaac.smith@ppmco.com
www.ppmco.com



\*\*\*\*\*\*\*\*  CONFIDENTIALITY NOTICE AND WARNINGS  \*\*\*\*\*\*\*\*\*

This email may contain information that is private and confidential.  If you receive this email in error, please advise by return email and delete immediately without reading, copying or forwarding to others.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


<Bluestone Coke - Air Permitting Assessment Memo_Dec 2021.pdf>



\*\*\*\*\*\*\*\*  CONFIDENTIALITY NOTICE AND WARNINGS  \*\*\*\*\*\*\*\*\*

This email may contain information that is private and confidential.  If you receive this email in error, please advise by return email and delete immediately without reading, copying or forwarding to others.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONFIDENTIAL**                                    **JUSTICE033549**