FILED
2026 May-13  PM 04:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

From:          Rob Fowler
Sent:          Friday, February 4, 2022 10:47 AM EST
To:             Jay Justice
Subject:       Water Pump for generator

Jay,

For the past four days, we have not been able to work from Bluestone Coke due to the generator going down. I know that Don has put in a request for the necessary water pump so that the office can have power. Any change of getting this authorized? Thanks.

**Robert P. Fowler**
Executive Vice President &
General Counsel for Environmental Affairs
302 S. Jefferson Street
Roanoke, VA 24011
Telephone (205)613-6756



Fowler v. Justice Family Group LLC
2:23-CV-01180-GMB-
Date 5/4/2026 Jury Trial
Plaintiff Exhibit Label No. 8

CONFIDENTIAL

JUSTICE037008