2026 May-13 PM 04:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

**From:** Rob Fowler <rfowler@bluestone-coal.com>
**Sent:** Sat, 30 Apr 2022 19:06:11 -0500
**To:** Jay Justice <jcj3@bluestone-coal.com>
**Subject:** Re: Message for Director Love

---

I will convey this to her this weekend.  I have had some conversations with similar sentiment.  I will let her know that I can also meet with her early this week to discuss.

On Apr 30, 2022, at 3:42 PM, Jay Justice <jcj3@bluestone-coal.com> wrote:

Rob,

I do not know how to directly contact Director Kathy Love at the Alabama Surface Mine Commission, so I am writing this email to you so you can pass it along directly to Director Love. I know without any question that there has to be a very high level of frustration on the part of ASMC relating to our company Justice Coal of Alabama. It must be made clear that we have been dealt several near-death blows which have made our financial ability to operate almost impossible during 2021 and 2022.

First, out of the sun on March 1, 2021, our primary lender Greensill Capital (UK) filed for bankruptcy, this was without any warning whatsoever.  That day, we were left with zero cash in the bank, zero lines of credit and zero receivables and little more from the Greensill representatives than to say we hate that this has happened, and we knew it was coming for a long time. Most companies would have had no choice but to file bankruptcy, layoff workers, stiff vendors, and shirk responsibilities.

We have tried to do the opposite.  We have utilized any and all dollars from our other businesses that we could to pay vendors, keep people working and try our best to meet obligations such as the ones we have with ASMC. We have certainly been late, and we certainly have not achieved the progress that we all had hoped that we would. Nevertheless, we have continued to work, and we have continued to make some progress in reducing reclamation liabilities while still continuing to meet our testing and treatment parameters under the Clean Water Act. I am not asking for a free pass or pity of our situation.  I am, however, asking for additional time and understanding given we have been put in the ultimate force majeure situation by Greensill.  My request of ASMC would be as follows, for their consideration:

1.      We are in the position to provide $100,000 to immediately restart the reclamation efforts in Alabama.  Additionally, Justice Coal of Alabama would commit to sell some surplus mining machines in West Virginia which would generate capital to pay for ongoing reclamation operations in Alabama.  The machines we have selected would generate approximately $500,000 in immediate cash that can be fully dedicated to Alabama. As the machines are sold, we would place all of the proceeds into a specific Alabama account.

2.      We request that ASMC hold in abeyance the current penalties until a resolution is reached with Greensill, or another lender, where liquidity can be provided to pay these penalties in full. I would like to revisit this penalty issue in 3 months from today. During the interim, we can commit $10,000 per month to be paid toward the penalties as a good faith gesture while we work on our macro banking situation.

3.      We would like to work with ASMC field staff so that we can direct our efforts to address the most pressing reclamation efforts first, second, third, etc.

Rob, please convey our sincere respect and appreciation to Director Love and ASMC. We truly are dealing with a very difficult situation and are trying to move the ball forward to meet our obligations.

Fowler v. Justice Family Group LLC
2:23-CV-01180-GMB-
Date 5/4/2026  Jury Trial
Plaintiff Exhibit Label No.  ₽2

Fowler 011098

provide liquidity to our businesses so that we can get the train back on the tracks. I also would be more than happy to get on the phone with you and Director Love to advance these efforts.

Thanks,

Jay

--

 **Bluestone**

**James C. "Jay" Justice III**
**President & CEO**

Bluestone Resources, Inc.

302 S. Jefferson Street | Roanoke, VA 24011

Phone: 540-492-4080| Fax: 540-301-1798 | E-mail: jcj3@bluestone-coal.com



******** CONFIDENTIALITY NOTICE AND WARNINGS *********

This email may contain information that is private and confidential. If you receive this email in error, please advise by return email and delete immediately without reading, copying or forwarding to others.

***********************************************************

=

Fowler 011099