FILED

2026 May-13 PM 04:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ESSAR STEEL ALGOMA INC., <br><br> Plaintiff, <br><br> -against- <br><br> NEVADA HOLDINGS, INC. f/k/a SOUTHERN COAL SALES CORPORATION, et al. <br><br> Defendants. | Case No. 1:17-mc-00360-AT |

**DECLARATION OF STEPHEN BALL**

I, Stephen Ball, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am over 21 years old and competent to make this Declaration.

2.      I currently serve as Executive Vice President and General Counsel for Southern Coal Sales Corporation n/k/a Nevada Holdings, Inc.; Bluestone Resources Inc.; James C. Justice Companies, Inc.; James C. Justice Companies, LLC; Bluestone Industries, Inc.; Bluestone Coal Corporation; Bluestone Mineral, Inc.; Bluestone Energy Sales Corporation; A&G Coal Corporation; Tams Management, Inc.; Encore Leasing LLC; Justice Family Farms, LLC; and Southern Coal Corporation.  For purposes of this Declaration, I will refer to these entities collectively as "the Coal Companies."

3.      I am familiar with the affairs of the Coal Companies, including but not limited to the history of their relationship with Greensill Capital (UK) Limited ("Greensill") and their respective financial conditions.

Fowler v. Justice Family Group LLC
2:23-CV-01180-GMB-
Date 5/4/2026 Jury Trial
Plaintiff Exhibit Label No.  83

4.      Defendant Bluestone Resources acquired certain distressed coal businesses in 2015 and developed a long-term plan to rehabilitate and rebuild these businesses. The plan included investments in production capacity and related infrastructure as well as strategic acquisitions.

5.      Because the plan would take years to bear fruit, Bluestone Resources needed a long-term financing partner.

6.      To that end, in mid-2018, Bluestone Resources commenced its relationship with Greensill, which represented that it could finance the rebuild without near-term payments from Bluestone Resources.

7.      As time went by, Bluestone and the Coal Companies became increasingly dependent upon Greensill.  The Coal Companies' dependence on Greensill became especially acute after the COVID-19 pandemic left them in need of additional liquidity.

8.      By the time the Coal Companies entered into the Settlement Agreement with Algoma Steel, Inc. ("Algoma") on September 22, 2020, Greensill was their sole source of operating capital.

9.      In March 2021, Greensill collapsed into insolvency.  Prior to early 2021, the Coal Companies did not know that Greensill was in danger of collapse.

10.      The unexpected demise of Greensill left the Coal Companies without a source of operating capital.  Without the funds needed to operate, the Coal Companies could not make the payments or coal deliveries called for in the September 22, 2020 Settlement Agreement.



I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 26, 2022.

_____
STEPHEN BALL