# BLUESTONE SETTLES DISPUTED BANK LOANS



West Virginia Gov. Jim Justice speaks at a press conference on September 27.

Bluestone Resources, an Appalachian-based met coal operator owned by West Virginia Gov. Jim Justice, has offered a settlement of $300 million and half the value of Bluestone to Credit Suisse Group AG. The offer is to settle loans with failed Greensill Capital, and Credit Suisse managed the funds that were the main source of cash for Greensill's lending business.

The Justice family borrowed $850 million from Greensill, according to the *Wall Street Journal*. Credit Suisse has told investors that Bluestone owes it nearly $700 million. Although spot prices for met coal are currently trading at high levels, the value of Bluestone is unclear as well as their ability to raise the $300 million.

In related news, the Justice family reached an agreement with Carter Bank & Trust over a dispute of $368 million in loans. Justice group of companies attorney Steve Ruby said they "successfully concluded a number of matters relating to CB&T, one of the companies' long-time financing partners," as reported by *WV MetroNews*.

The agreement means Carter Bank will dismiss legal actions that were filed in Virginia circuit court while the Justice hospitality and coal companies will dismiss a federal lawsuit seeking $421 million in damages against the bank and its directors.

Justice sued CB&T in federal court May 31 over millions of dollars in loans that were coming due the next day. That lawsuit claimed the bank was restrictive and the relationship between the two had become hostile.

Lawyers for CB&T argued that the lawsuit was meant to stall payment on the loans. The lawyers said the Justices stopped making payments due on more than $300 million in loans, making the companies delinquent on payments that were due June 1, July 1 and August 1. Carter had filed a suit regarding $58 million in loans that were guaranteed by Gov. Justice and his wife, Cathy.

Ruby said under the terms of the deal, the loans have been restructured and are in good standing and the Greenbrier and Bluestone and Justice farms are profitable, and this would give the companies cash to pay off their loans.

## Investment Firm Acquires CNR in Colombia

Investment firm Key Industries has acquired Colombian Natural Resources (CNR) and will gradually resume coal production, according to Colombia Minister of Energy and Mining Diego Mesa.

Murray Energy Corp., now American Consolidated Natural Resources, acquired CNR in August 2015 from Goldman Sachs. Recently, CNR was forced to halt coal production and file for bankruptcy protection in Colombia in response to weak market conditions. In 2019, CNR produced 4 million metric tons (mt) of thermal coal.

Key Industries consists of Colombian investors with expertise in the mining, logistics and infrastructure sectors, according to *Argus Media*.

CNR's two mines, El Hatillo and the La Francia mines, have an estimated 28 million mt of low-sulfur coal reserves. Key Industries also secured an 8.43% stake in the Fenoco railway, allowing it to move 3.5 million mtpy of coal to ports on the Caribbean coast.

## Sumitomo Sells Share in Rolleston Coal Mine to Glencore

Sumitomo Corp. has agreed to sell its 12.5% stake in the Rolleston coal mine in Queensland, Australia, to Glencore. The sale will give Glencore full ownership of the mine.

The sale will be completed after the conditions have been satisfied.

Approvals to extend the life of Rolleston by 10 years to 2045 was approved in 2016. The operation is approved to produce up to 19 million metric tons per year.

Back in May, Sumitomo announced its intention to shift away from coal. It said it would not pursue any new coal-fired generation business and would end all coal-fired power generation business in the late 2040s. It also said it would not make any additional investment in thermal coal mining interests and aim to achieve zero production from thermal coal mines by 2030.

## Federal Government Rejects Grassy Mountain Coal Project in Alberta

The Government of Canada determined the proposed Grassy Mountain coal project near the Crowsnest Pass in Alberta cannot move forward. The Minister of Environment and Climate Change and the Hon. Jonathan Wilkinson issued the decision under the Canadian Environmental Assessment Act 2012 for the project on August 6, citing potential environmental effects.

Wilkinson said the decision was based on careful deliberation and reviewing information, including the findings of a joint review panel report.

Fowler v. Justice Family Group LLC
2:23-CV-01180-GMB-
Date 5/4/2026 Jury Trial
Plaintiff Exhibit Label No. 91