FILED
Fowler v. Justice Family Group LLC  2026 May 13  PM 04:46
2:23-CV-01180-GMB-  U.S. DISTRICT COURT
Date 5/4/2026 Jury Trial  N.D. OF ALABAMA
Plaintiff Exhibit Label No. 108

## Plaintiff's Damage Calculation

**(1)    Compensatory Damages**

**(A)    Fowler earned $652,592 in 2020, his last full year at Balch & Bingham, LLP.**

Fowler's total income from Balch & Bingham, LLP (excluding increases) for the remaining 8 years of the contract would have been $5,220,736 ($652,592 x 8).

Fowler earned $642,158.88 more working for Justice Group in 2021-2023 than he would have at Balch & Bingham, LLP.

Fowler earned $464,726.37 at Adams and Reese, LLP from April 15, 2024 through April 12, 2026.

|   |   |   |
|---|---|---|
| | $5,220,736.00 | (Balch anticipated income)[1] |
| - | $ 642,158.88 | (Justice gains 2021-2023) |
| | $4,578,577.12 | |
| - | $ 464,726.37 | (Less mitigation April 2024-April 2026) |
| | $4,113,726.37 | |
| - | $1,197,564.09 | (Adams Reese anticipated income)[2] |
| **TOTAL** | **$2,916,162.28** | |

**(B)    Emotional distress damages in an amount to be determined by the jury.**

**(2)    Punitive Damages**

Punitive damages in an amount to be determined by the jury.

---

[1] Balch & Bingham 2020 earnings of $652,592  x 8 years.

[2] 5 years at $232,363.19 + 8 weeks at $4,468.52 (end date contract – 6/16/2031).