Digitally signed by:
GlobalSign RSA OV SSL CA 2018
Date: 2022.04.28 13:54:24 -05:00
Reason: Submission Data
Location: State of Alabama

FILED
2026 May-13 PM 04:46
U.S. DISTRICT COURT
N.D. OF ALABAMA



# NPDES/SID Noncompliance Notification Report (Form 421)

version 1.5

**(Submission #: HPH-9BX3-TMEMB, version 1)**

# Details

**Submission Alias**  NPDES/SID Non-Compliance Notification Report

**Submission ID**  HPH-9BX3-TMEMB

# Form Input

## Permit Information

**Permit Number**
AL0003247

**Permittee**

**Permittee Name**
*Bluestone Coke, LLC*

**Mailing Address**

3500 35th Avenue North

Birmingham, AL 35207

## Facility/Site Information

**Facility/Site Name**
Bluestone Coke, LLC - Birmingham

**Facility/Site Address**

3500 35th Avenue North

Birmingham, AL 35207

**County**
Jefferson

## Processing Information

**Do you have a completed form you would like to attach or would you like to fill out this online form?**
I would like to fill out this online form.

Please note that the option to attach a completed form will only be available for a limited time.

## Monitoring/Reporting Period

**Monitoring/Reporting Start Date**
3/1/2022

**Monitoring/Reporting End Date**
3/31/2022

## Non-Compliance Form Details

**Effluent Violations?**
Yes

**Description of non-compliance Effluent Violations associated with outfall(s):**

| Outfall Number | Noncompliant Parameter | Result Reported (include units) | Permit Limit (include units) |
|---|---|---|---|
| 01B1 | Ammonia Nitrogen (Maximum Daily) | 10.72 mg/l | 9.47 mg/l |

**Monitoring/Reporting Violations?**
No

**Do you have any non-compliance that is NOT associated with an outfall or data submitted on a DMR?**
No

**Cause of non-compliance:**
The cause of the elevated Ammonia was due to a loss of electrical power to the Biological Treatment Facility (BTF). The BTF was without power at the beginning of the monitoring period until the middle of the month. The aeration basins were non operational during this period.

**Period of noncompliance (include exact date(s) and time(s) or, if not corrected, the anticipated duration of the noncompliance):**
March 22, 2022

**Description of steps taken and/or being taken to reduce or eliminate the noncomplying discharge and to prevent its recurrence:**
The facility was able to restore the power to the BTF and was able to resume normal operations.

The facility is also collecting extra control point samples in order to determine the source of contamination.

**General comments:**
NONE PROVIDED

**Supporting Information**
  NONE PROVIDED
  **Comment**
  NONE PROVIDED

## Agreements and Signature(s)

---

### SUBMISSION AGREEMENTS

☑  I am the owner of the account used to perform the electronic submission and signature.

☑  I have the authority to submit the data on behalf of the facility I am representing.

☑  I agree that providing the account credentials to sign the submission document constitutes an electronic signature equivalent to my written signature.

☑  I have reviewed the electronic form being submitted in its entirety, and agree to the validity and accuracy of the information contained within it to the best of my knowledge.

*"I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I certify that this form has not been altered, and if copied or reproduced, is consistent in format and identical in content to the ADEM approved form. I am aware that there are significant penalties for submitting false information, including the possibility of fines and imprisonment for knowing violations."*

**Signed By**    Robert Wiggins on 04/28/2022 at 5:48 PM