FILED

2026 Jun-01  PM 10:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# PX-2

# Exhibit 2 - Interest Calculation on Termination Payment

| Date Damages Incurred | Damages Owed | Rate | Time (years) | Simple Interest P x R x T | |
|---|---|---|---|---|---|
| 6/15/2023 | $ 230,769.23 | 0.06 | 3.049315 | $ | 42,221.29 |
| 6/29/2023 | $ 230,769.23 | 0.06 | 3.010959 | $ | 41,690.20 |
| 7/13/2023 | $ 230,769.23 | 0.06 | 2.972603 | $ | 41,159.11 |
| 7/27/2023 | $ 230,769.23 | 0.06 | 2.934247 | $ | 40,628.03 |
| 8/10/2023 | $ 230,769.23 | 0.06 | 2.89589 | $ | 40,096.94 |
| 8/24/2023 | $ 230,769.23 | 0.06 | 2.857534 | $ | 39,565.86 |
| 9/7/2023 | $ 230,769.23 | 0.06 | 2.819178 | $ | 39,034.77 |
| 9/21/2023 | $ 230,769.23 | 0.06 | 2.780822 | $ | 38,503.69 |
| 10/5/2023 | $ 230,769.23 | 0.06 | 2.742466 | $ | 37,972.60 |
| 10/19/2023 | $ 230,769.23 | 0.06 | 2.70411 | $ | 37,441.52 |
| 11/2/2023 | $ 230,769.23 | 0.06 | 2.665753 | $ | 36,910.43 |
| 11/16/2023 | $ 230,769.23 | 0.06 | 2.627397 | $ | 36,379.35 |
| 11/30/2023 | $ 230,769.23 | 0.06 | 2.589041 | $ | 35,848.26 |
| | **$ 3,000,000.00** | | | $ | 507,452.05 |
| Total | | | | **$ 3,507,452.05** | |

Interest is calculated using 6% simple interest.

Damage calculation begins 6/15/23.

Interest is calculated through 6/01/26.