FILED

2026 Jun-01 PM 10:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# PX-3

# Exhibit 3 - Interest Calculation on Bonus Repayment

| Date Damages Incurred | Damages Owed | Rate | Time (years) | Simple Interest P x R x T |
|---|---|---|---|---|
| 6/15/2023 | $ 224,400.00 | 0.06 | 3.049315 | $ 41,055.98 |
| Total | | | | $ 265,455.98 |

Interest is calculated using 6% simple interest.

Damage calculation begins 6/15/23.

Interest is calculated through 6/01/26.