FILED

2026 Jun-01  PM 10:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# PX-4

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION


ROBERT P. FOWLER,                    )

                Plaintiff,           )

v.                                   )        CIVIL ACTION NO.:

JUSTICE FAMILY GROUP, LLC,           )        2:23-cv-01180-GMB

ET AL.,                              )

                Defendants.          )


Deposition of STEPHEN W. BALL

Roanoke, Virginia

Wednesday, February 5, 2025

9:04 a.m.

Pages 1   160

Reported by: Janet M. DeLoach, CCR

Deposition of STEPHEN W. BALL held at the law offices of:

FRITH ANDERSON & PEAKE, PC

29 Franklin Road

Roanoke, VA  24011

(540) 725-3366

Pursuant to agreement before Janet M. DeLoach, Certified Court Reporter, and Notary Public for the Commonwealth of Virginia.

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF:

ROCCO CALAMUSA, JR., ESQUIRE

WIGGINS, CHILDS, PANTAZIS, FISHER &

GOLDFARB, LLC

The Kress Building

301 19th Street North

Birmingham, AL 35203

(205) 314-0500

rcalamusa@wigginschilds.com

ON BEHALF OF THE DEFENDANTS:

RAYMOND S. FRANKS, ESQUIRE

CAREY, DOUGLAS, KESSLER & RUBY, PLLC

707 Virginia Street, #901

Charleston, WV 25301

(304) 546-6038

rfranks@cdkrlaw.com

Q    And he should get   and his health benefits shall continue for 12 months.  It's in there.

A    Yeah.

Q    Those are

A    Yes, that's also in paragraph (b).

Q    Those are both specific terms of the contract.

A    That's what 8(b) says, yes.

Q    Section 13   and that wasn't paid.  Mr. Fowler did not get a termination payment.  Did he?

A    There wasn't one due.

Q    It was not paid.  The $3 million termination payment was not paid.  Was it?

A    No termination payment was ever made to him because we did not believe one was due.

Q    Section 13, notices.  Any notice should go to Jay Justice on behalf of companies.  Correct?

A    Correct.

Q    Section (e) provides for attorneys' fees.  I'm sorry, 14(e).  Correct?

A    That's what it says, yes.

Q    And Section 14(a) we've already covered. That's modifications.  And I believe you have testified that there was no amendment, revision, or waiver of this agreement.

MR. FRANKS:   Objection.  Mischaracterizes the