FILED

2026 Jun-01 PM 10:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# PX-5

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

**ROBERT P. FOWLER**,⠀⠀⠀⠀⠀⠀**)**
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀**)**
⠀⠀⠀*Plaintiff and Counterclaim*⠀⠀**)**
⠀⠀⠀*Defendant*,⠀⠀⠀⠀⠀⠀⠀⠀**)**
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀**)**
v.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀**)**⠀⠀⠀⠀Civil Action No. 2:23-cv-01180-GMB
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀**)**
**JUSTICE FAMILY GROUP, LLC**; **)**
*Et al.*⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀**)**
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀**)**
⠀⠀⠀*Defendants.*⠀⠀⠀⠀⠀⠀**)**

## DECLARATION OF ROBERT P. FOWLER

I, Robert P. Fowler, declare under penalty of perjury as follows:

1. I am over the age of 19 years and am competent to make this declaration based on my own personal knowledge.

2. I was employed by Justice Family Group, LLC; Bluestone Resources, Inc.; and Southern Coal Corporation (collectively, "Defendants") pursuant to an Employment Agreement dated October 19, 2021.

3. My employment with Defendants terminated effective June 3, 2023, when I resigned my position for Good Reason under the Employment Agreement.

4. Under Section 8(f) of the Employment Agreement, upon my termination for Good Reason, Defendants were obligated to continue my health benefits at their cost for a period of twelve (12) months from the date of termination.

5. On July 24, 2023, Forefront Dermatology informed me that Defendants' health insurance plan denied coverage for a medical procedure conducted on May 22, 2023, due to cancellation of the policy. I paid the $823.01 bill.

6. On June 7, 2023, Defendants sent me a Termination of Health Care Notice costs for COBRA Insurance for one year, which was $26,340.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __14__ day of January, 2026.

_____
Robert Fowler (Jan 14, 2026 13:28:32 CST)

Robert P. Fowler
